UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 25-1837 FMO (BFMx)** | Date | **March 19, 2026** |
|---|---|---|---|
| Title | **Celia Garcia Perez v. Ford Motor Company** | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**       **(In Chambers) Order to Show Cause Re: Imposition of Sanctions**

Pursuant to the Court's Order of October 14, 2025, the parties were required to file their pretrial documents on March 6, 2026, and March 13, 2026, in advance of the March 27, 2026, pretrial conference.  (See Dkt. 19, Court's Order of October 14, 2025, at 1-2).  As of the date of this Order, the parties have not filed any pretrial documents.  (See, generally, Dkt.).  Accordingly, IT IS ORDERED THAT counsel for the parties shall show cause in writing on or before **March 23, 2026**, why sanctions should not be imposed for failure to comply with the Court's Order of October 14, 2025.  Failure to submit a written response by the date set forth above shall result in the imposition of sanctions including, but not limited to, the dismissal of the case for lack of prosecution and failure to comply with the orders of the court.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).  The order to show cause shall be deemed vacated in the event the parties file a notice of settlement.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |

CV-90 (06/04)                  **CIVIL MINUTES - GENERAL**                  Page 1 of 1